■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILFREDO GONZALEZ, Appellant. [598 NYS2d 757] —Case held, decision reserved, motion to relieve counsel's assignment granted, and new counsel to be assigned. Memorandum: Defendant appeals from a judgment convicting him, after a jury trial, of three counts of criminal sale of a controlled substance in the third degree and three counts of criminal possession of a controlled substance in the seventh degree. Defendant's attorney has moved to be relieved as assigned counsel pursuant to *People v Crawford* (71 AD2d 38) on the ground that no nonfrivolous issues exist on the appeal. Defendant, in his supplemental *pro se* brief, raises numerous issues, including contentions that the verdict is contrary to the weight of

evidence, that the court erred in denying his application for a mistrial when a prospective juror made an allegedly prejudicial statement during voir dire, and that he was denied a fair trial by the prosecutor's improper summation remarks. Because we find those contentions to be nonfrivolous, we relieve counsel of his assignment and assign new counsel to file a brief addressing those issues and any others that counsel's review of the record may disclose *(see, People v Casiano,* 67 NY2d 906; *People v Charnock,* 167 AD2d 974). (Appeal from Judgment of Ontario County Court, Harvey, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Callahan, J. P., Pine, Balio, Lawton and Doerr, JJ.